452 A.2d 42

Navoroli v. Garvin, Appellant.

Petition for Allowance of Appeal Denied March 3, 1983.

Argued January 12, 1982. Ronald M. Buick, for appellant; Robert B. Truel, for appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.

452 A.2d 43

Pachuki, Appellants v. Lucas.

Argued November 5, 1981. James McGarrity, for appellants; Arthur B. Walsh, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.